UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YONGJUN XUE,

                               Plaintiff,

      -v-

ALEJANDRO MAYORKAS, SECRETARY,
DEPARTMENT OF HOMELAND SECURITY

                              Defendant.

24 Civ. 1246

ORDER

PAUL A. ENGELMAYER, District Judge:

    Earlier this afternoon, plaintiff Yongjun Xue, through counsel, filed the Complaint in this case, alleging that Xue, a U.S. permanent resident, was being held in John F. Kennedy International Airport by U.S. Customs and Border Protection, and was to be deported later this evening. Dkt. 1. The Court, acting in its Part I capacity, construed the Complaint as a motion for a temporary restraining order to prevent Xue's deportation. For the reasons stated on the record at today's conference, the Court denies the motion as moot in light of Xue's counsel's representation that Xue is no longer being held by the immigration authorities.

    SO ORDERED.

                                                               *Paul A. Engelmayer*
                                                             PAUL A. ENGELMAYER
                                                             United States District Judge

Dated: February 20, 2024
       New York, New York